THOMAS BUSH *v.* COMMISSIONER OF CORRECTION
(13805)

O'CONNELL, FOTI and LAVERY, Js.

Argued March 21—decision released May 2, 1995

*John F. Naizby,* special public defender, for the appellant (petitioner).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Gerry Eisenman,* assistant state's attorney, for the appellee (respondent).

PER CURIAM. After a review of the record and briefs, and after listening to the oral arguments, we conclude that the petitioner did not make a substantial showing that he has been denied a state or federal constitutional right or sustain the burden of persuasion that denial

of certification to appeal was clear abuse of discretion or that an injustice had been done. See *Simms* v. *Warden*, 230 Conn. 608, 612, 646 A.2d 126 (1994); *Simms* v. *Warden*, 229 Conn. 178, 189, 640 A.2d 601 (1994); see also *Lozada* v. *Deeds*, 498 U.S. 430, 431–32, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991). The habeas court's dismissal of the petitioner's claim was predicated upon the credibility of the witnesses. The habeas court's findings were not contested on appeal; there was neither a motion to correct nor a motion for articulation.

The appeal is dismissed.